Katharine M. DRIER et al., Appellants, v. John W. SNYDER, Secretary of the Treasury, et al., Appellees.

No. 9902.

United States Court of Appeals District of Columbia Circuit.

Argued April 15, 1949.

Decided June 13, 1949.

Mr. J. Roy Thompson, Jr., Washington, D. C., for appellant Drier. Messrs. Bernard J. Gallagher and M. Walton Hendry, Washington, D. C., entered appearances and were on the brief for appellant Drier.

Mr. Harold G. Aron, Washington, D. C., with whom Mr. Richard L. Merrick, Washington, D. C., was on the brief, for appellants Standard Commercial Tobacco Company and Standard Steamship Corporation.

Mr. Samuel K. Abrams, Assistant United States Attorney, Washington D. C., with whom Messrs. George Morris Fay, United States Attorney, and John D. Lane, Assistant United States Attorney, Washington, D. C., were on the brief for appellees. Messrs. Oliver Dibble and Sidney S. Sachs, Washington, D. C., also entered appearances for appellees.

Before CLARK and PROCTOR, JJ., and ARTHUR F. LEDERLE, District Judge, sitting by designation.

PER CURIAM.

This court has closely examined the available record and finds no error in it to justify reversal. The judgment of the trial court is therefore affirmed.

SKY WAY BROADCASTING CORPORATION, Appellant, v. FEDERAL COMMUNICATIONS COMMISSION, Appellee (NORTHWESTERN OHIO BROADCASTING CORPORATION, Intervenor).

No. 10052.

United States Court of Appeals District of Columbia Circuit.

Argued June 9, 1949.

Decided June 17, 1949.

Mr. Marcus Cohn, Washington, D. C., with whom Messrs. Leonard H. Marks and Samuel Miller, Washington, D. C., were on the brief, for appellant.

Mr. Max Goldman, Assistant General Counsel, Federal Communications Commission, Washington, D. C., with whom Messrs. Benedict P. Cottone, General Counsel, and Richard A. Solomon, Counsel, Federal Communications Commission, Washington, D. C., were on the brief, for appellee.

Mr. Herbert M. Bingham, Washington, D. C., with whom Messrs. William A. Porter and Roger Robb, Washington, D. C., were on the brief, for intervenor.

Before EDGERTON and WILBUR K. MILLER, Circuit Judges and ALEXANDER HOLTZOFF, District Judge sitting by designation.

PER CURIAM.

We find no error in the record. The order of the Federal Communications Commission is therefore affirmed.